# Third District Court of Appeal
## State of Florida

Opinion filed April 1, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-1252
Lower Tribunal No. 23-19265-CA-01
_____

**David M. Singer,**
Appellant,

vs.

**Jeff Berkowitz and Michael R. Berkowitz,**
Appellees.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Abby Cynamon, Judge.

Cole, Scott & Kissane, P.A., and Scott A. Cole and Francesca M. Stein, for appellant.

GrayRobinson, P.A., and Jack R. Reiter and Robert C. Weill, for appellees.

Before LINDSEY, LOBREE and GOODEN, JJ.

PER CURIAM.

Affirmed.